IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

KEITH KINNANE,

 Plaintiff,

v.

DEXTER WINCHESTER and
PEMBERTON TRUCK LINES, INC.,

 Defendants.

No. 2:22-cv-02093-MSN-atc
JURY DEMAND

---

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PARTY AND ORDER DIRECTING CLERK TO MODIFY THE DOCKET

---

 Before the Court is Plaintiff's Motion to Substitute Party (ECF No. 9) filed March 24, 2022.  For good cause shown under Fed. R. Civ. P. 25(a)(1), and without any stated opposition filed within the fourteen day period allotted for that purpose under L.R. 7.2(a)(2), or at all, Plaintiff's Motion to Substitute Party is hereby **GRANTED** and the Estate of Dexter Winchester shall be substituted in for Dexter Winchester, deceased, (*see* ECF No. 8), as a party Defendant for all purposes in this matter.  The case style shall conform accordingly.  The Clerk shall **MODIFY** the docket to reflect the substituted party.

 **IT IS SO ORDERED**, this 8th day of April 2022.

              *s/ Mark S. Norris*
              MARK S. NORRIS
              UNITED STATES DISTRICT JUDGE