**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

KEITH KINNANE,

       Plaintiff,

v.                                                                    No. 2:22-cv-02093-MSN-cgc

ESTATE OF DEXTER WINCHESTER and
PEMBERTON TRUCK LINES, INC.,

       Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, (ECF No. 1), filed February 17, 2022,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Motion to Voluntarily Dismiss Case Without Prejudice, filed July 12, 2022, (ECF No. 15), which the Court construes as a Notice of Dismissal under Fed. R. Civ. P. 41(a), settling this matter between the parties and dismissing all claims against Defendants without prejudice, all claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

*s/ Mark S. Norris*
_____
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

July 12, 2022
_____
Date